IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Juan Colon, Jr.<br>Mary Ellen Colon<br>  Debtor | : | No.  19-14987-AMC |

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Chapter 13 Plan filed on August 7, 2019 as the proper plan was not attached. The correct plan will be filed following this request.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  August 22, 2019