IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Juan Colon, Jr.<br>Mary Ellen Colon<br>  Debtor | : | No.  19-14987-AMC |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

    I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date:  August 22, 2019      /s/ David M. Offen
                                      David M. Offen
                                      Attorney for Debtor(s)