United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14987-amc
Juan Colon, Jr.                                                           Chapter 13
Mary Ellen Colon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith           Page 1 of 2                Date Rcvd: Aug 20, 2019
                             Form ID: 309I          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db/jdb        +Juan Colon, Jr.,   Mary Ellen Colon,   930 W Marshall Street,   Norristown, PA 19401-5518
ust           +United States Trustee,   Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,
               Philadelphia, PA 19106-2908
14370175      +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14370182      +CMRE Financial Services,   3075 E Imperial Hwy Ste,   Brea, CA 92821-6753
14370180      +CMRE Financial Services,   Attn: Bankruptcy,   3075 E Imperial Hwy  Ste 200,
               Brea, CA 92821-6753
14370176      +Caine & Weiner,   Attn: Bankruptcy,   5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
14370177      +Carrington Mortgage Services,   Attn: Bankruptcy,   Po Box 3730,   Anaheim, CA 92803-3730
14370179      +Christina Every,   1118 Chestnut Lane,   Westville, NJ 08093-1859
14370183      +Financial Recoveries,   Attn: Bankruptcy,   200 East Park Dr  Ste 100,
               Mount Lurel, NJ 08054-1297
14370184      +First Federal Credit Control,   Attn: Bankruptcy,   24700 Chagrin Blvd, Ste 205,
               Cleveland, OH 44122-5662
14370187      +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14370189      +Medical Data Systems Inc,   Attn: Bankruptcy Dept,   2001 9th Ave Ste 312,
               Vero Beach, FL 32960-6413
14370192      +Montgomery County Tax Claim Bureau,   C/ONortheast Revenue Service,
               One Montgomery Plaza, Suite 610,   Norristown, PA 19401-4855
14373029      +Wilmington Savings Fund Society, FSB,   c/o Kevin G. McDonald, Esq.,
               701 Market Street, Ste 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: dmo160west@gmail.com Aug 21 2019 03:10:19    DAVID M. OFFEN,   The Curtis Center,
               601 Walnut Street,   Suite 160 West,   Philadelphia, PA  19106
tr            +E-mail/Text: bncnotice@ph13trustee.com Aug 21 2019 03:11:19    WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg            E-mail/Text: megan.harper@phila.gov Aug 21 2019 03:11:04    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2019 03:10:37
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2019 03:10:53    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14370174      +EDI: PHINAMERI.COM Aug 21 2019 07:08:00    AmeriCredit/GM Financial,   Attn: Bankruptcy,
               Po Box 183853,   Arlington, TX 76096-3853
14370178      +EDI: CHASE.COM Aug 21 2019 07:08:00    Chase,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850-5298
14370185      +E-mail/Text: bankruptcy@genisyscu.org Aug 21 2019 03:11:14    Genisys Credit Union,
               Attn: Bankruptcy,   Po Box 436034,   Pontiac, MI 48343-6034
14370188      +E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 03:10:25    Kohls/Capital One,
               Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14370191      +EDI: MID8.COM Aug 21 2019 07:08:00    Midland Funding,   2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
14370193      +E-mail/Text: Bankruptcies@nragroup.com Aug 21 2019 03:11:24    National Recovery Agency,
               Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
14370195      +EDI: PRA.COM Aug 21 2019 07:08:00    Portfolio Recovery,   Po Box 41021,
               Norfolk, VA 23541-1021
14370197      +EDI: DRIV.COM Aug 21 2019 07:08:00    Santander Consumer USA,   Attn: Bankruptcy,
               Po Box 961245,   Fort Worth, TX 76161-0244
14370939      +EDI: RMSC.COM Aug 21 2019 07:08:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
14370198      +EDI: RMSC.COM Aug 21 2019 07:08:00    Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 965060,
               Orlando, FL 32896-5060
14370199       EDI: TDBANKNORTH.COM Aug 21 2019 07:08:00    TD Bank, N.A.,   32 Chestnut Street,
               Lewiston, ME 04240
14370200      +EDI: WFFC.COM Aug 21 2019 07:08:00    Wells Fargo Dealer Services,   Attn: Bankruptcy,
               Po Box 19657,   Irvine, CA 92623-9657
                                                                                    TOTAL: 17

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14370181*     +CMRE Financial Services,   Attn: Bankruptcy,   3075 E Imperial Hwy  Ste 200,
               Brea, CA 92821-6753
14370186*     +Juan Colon, Jr.,   930 W Marshall Street,   Norristown, PA 19401-5518
14370190*     +Medical Data Systems Inc,   Attn: Bankruptcy Dept,   2001 9th Ave Ste 312,
               Vero Beach, FL 32960-6413
14370194*     +National Recovery Agency,   Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
14370196*     +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
                                                                      TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Keith          Page 2 of 2          Date Rcvd: Aug 20, 2019
                             Form ID: 309I         Total Noticed: 31
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Joint Debtor Mary Ellen  Colon dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DAVID M. OFFEN    on behalf of Debtor Juan  Colon, Jr. dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee for
           Upland Mortgage Loan Trust B bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                               TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Juan Colon Jr.** | Social Security number or ITIN | **xxx–xx–4245** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Mary Ellen Colon** | Social Security number or ITIN | **xxx–xx–5857** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| | | Date case filed for chapter  **13  8/7/19** | |
| Case number:  **19–14987–amc** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                    **12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Juan Colon Jr. | Mary Ellen Colon |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 930 W Marshall Street Norristown, PA 19401 | 930 W Marshall Street Norristown, PA 19401 |
| 4. | **Debtor's attorney** Name and address | DAVID M. OFFEN The Curtis Center 601 Walnut Street Suite 160 West Philadelphia, PA 19106 | Contact phone (215) 625–9600 Email:  dmo160west@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 8/20/19 |

**For more information, see page 2**

Debtor **Juan Colon Jr.** and **Mary Ellen Colon**                                                        Case number **19–14987–amc**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 2, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:**<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 12/1/19**<br><br><br><br><br><br>**Filing deadline: 10/16/19**<br><br>**Filing deadline: 2/3/20**<br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | The debtor has filed a plan. This plan proposes payment to the trustee of $0.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/22/19** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |