```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                          : Chapter 13


     Juan  Colon, Jr.                : Case No. 19-14987-AMC
     xxx-xx-4245
     Mary Ellen  Colon
     xxx-xx-5857
         Debtor


              ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
                 FOR REMITTANCE TO STANDING TRUSTEE

  TO THE DEBTORS EMPLOYER:

     The future earnings of the above named debtor are subject to the
  continuing supervision and control of the Court for the purpose of
  enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall
  deduct from the wages of the debtor, beginning with the next pay
  period after receipt of the Order the sum of

                    $525.00 EVERY PAY PERIOD.

     The employer shall continue these deductions until further Order
  of this Court and shall remit all monies withheld from the Debtor's
  wages at least monthly, or more frequently to the Standing Trustee whose
  name and address appear below
```

DATED: **August 26, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:                David M. Offen Esq.
William C. Miller, Trustee             Suite 160 West, Curtis Ctr.
P.O. Box 1799                          Philadelphia, PA 19106
Memphis, TN  38101-1799                (215) 625-9600

Payroll Controller
Norriton Square Nursing and Rehab Center
GHC Payroll LLC
Payroll Account
101 East State Street
Kennett Square, PA 19348