UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. Case No. 19-14987-AMC-13 |
| Juan Colon, Jr and Mary Ellen Colon | Chapter 13 |
|     Debtor(s) | |

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Americredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By /s/ Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-14987-AMC-13

Juan Colon, Jr and Mary Ellen Colon  Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on August 14, 2019 :

DAVID M OFFEN  
601 WALNUT ST  
PHILADELPHIA, PA  19106

William Miller  
583 Bourse Building  
111 So. Independence  
Philadelphia, PA 19106

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx85947 / 997310