Certificate Number: 12433-PAE-DE-033404203

Bankruptcy Case Number: 19-14987



12433-PAE-DE-033404203

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2019, at 6:20 o'clock PM EDT, MaryEllen Colon completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 12, 2019            By:     /s/Candace Jones

                                      Name:   Candace Jones

                                      Title:  Counselor

Certificate Number: 12433-PAE-DE-033404202

Bankruptcy Case Number: 19-14987



12433-PAE-DE-033404202

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 12, 2019</u>, at <u>6:20</u> o'clock <u>PM EDT</u>, <u>Juan E. Colon, Jr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 12, 2019</u>           By:    <u>/s/Candace Jones</u>

                                         Name:  <u>Candace Jones</u>

                                         Title: <u>Counselor</u>