**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JUAN COLON, JR.  Chapter 13
MARY ELLEN COLON

                Debtor  Bankruptcy No. 19-14987-AMC

**OBJECTION OF CHAPTER 13 TRUSTEE**
**TO CONFIRMATION OF PLAN OF DEBTOR(S)**

    **AND NOW** comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Schedules I and J indicate that the debtor(s) will not be able to make all payments under the Plan and to comply with the Plan, in violation of 11 U.S.C. Section 1325 (a)(6).
The claims and/or claim amounts identified in the Plan are inconsistent with one or more filed proofs of claim.
The Plan is underfunded in that the total filed proofs of claim which are to be paid through the Plan exceed the value of the Plan.

    **WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

                Respectfully submitted,

                /s/ William C. Miller
                William C. Miller, Esquire
                Chapter 13 Standing Trustee