# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-14987-AMC

JUAN COLON, JR.
MARY ELLEN COLON
930 W MARSHALL STREET

NORRISTOWN, PA 19401

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JUAN COLON, JR.
    MARY ELLEN COLON
    930 W MARSHALL STREET

    NORRISTOWN, PA 19401

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

    /s/ William C. Miller

Date: 10/23/2019

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee