# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juan Colon Jr.<br>      Mary Ellen Colon<br><br>                    Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust B, its successors and/or assigns<br>                    Movant<br>    vs. | NO. 19-14987 AMC |
| Juan Colon Jr.<br>Mary Ellen Colon<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust B, which was filed with the Court on or about **August 29, 2019, docket number 23**.

                                            Respectfully submitted,

                               By: **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322
                                    Attorney for Movant/Applicant

May 20, 2020