United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Juan Colon, Jr.  
Mary Ellen Colon  
    Debtors

Case No. 19-14987-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: May 20, 2020  
                   Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.
```
db/jdb         +Juan Colon, Jr.,    Mary Ellen Colon,    930 W Marshall Street,    Norristown, PA 19401-5518
cr             +Montgomery County Tax Claim Bureau,    One Montgomery Plaza,    P.O.Box 190,
                 One Montgomery Plaza,    Norristown, PA 19401-4853
cr             +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 21 2020 03:05:11
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 03:11:32      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                                                                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Juan  Colon, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Mary Ellen  Colon dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust B bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
               elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust B bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Juan Colon, Jr.  : Case No. 19-14987-AMC
xxx-xx-4245
Mary Ellen Colon
xxx-xx-5857
    Debtor

AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE

DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

    The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$682.50 EVERY PAY PERIOD.</u>

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

DATED: **May 20, 2020**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>    David M. Offen Esq.
William C. Miller, Trustee    Suite 160 West, Curtis Ctr.
P.O. Box 1799    Philadelphia, PA 19106
Memphis, TN  38101-1799    (215) 625-9600

Payroll Controller
Norriton Square Nursing and Rehab Center
GHC Payroll LLC
Payroll Account
101 East State Street
Kennett Square, PA 19348