**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Juan Colon, Jr. | : | Chapter 13 |
| | Mary Ellen Colon | : | |
| | Debtor(s). | : | Bankruptcy No. 19-14987 (AMC) |

**PRAECIPE TO WITHDRAW CLAIM # 9**
**OF MUNICIPALITY OF NORRISTOWN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 9 of Municipality of Norristown.

**PORTNOFF LAW ASSOCIATES, LTD.**

By: /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney for Municipality of Norristown

Dated: May 26. 2020