# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     JUAN COLON, JR. | : |
|         Debtor | : BANKRUPTCY NO.  19-14987AMC |

## **PRAECIPE**

    Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing to August 18, 2020 at 10:00 a.m.

    `                           Respectfully submitted,

                                                          /s/ William C. Miller

Date:  May 26, 2020                               _____

                                                        William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee