*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Juan Colon, Jr. and Mary Ellen Colon

    Debtor(s)　　　　　　　　　　　　　　　　　　Case No: 19−14987−amc

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/18/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

42
Form 152