United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-14987-amc
Juan Colon, Jr.                                                                 Chapter 13
Mary Ellen Colon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith               Page 1 of 2              Date Rcvd: May 27, 2020
                              Form ID: 152              Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db/jdb         +Juan Colon, Jr.,    Mary Ellen Colon,    930 W Marshall Street,    Norristown, PA 19401-5518
cr             +Montgomery County Tax Claim Bureau,    One Montgomery Plaza,    P.O.Box 190,
                 One Montgomery Plaza,    Norristown, PA 19401-4853
14370175       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14370182       +CMRE Financial Services,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
14370180       +CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy Ste 200,
                 Brea, CA 92821-6753
14370176       +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
14396033        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14370177       +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
14370179       +Christina Every,    1118 Chestnut Lane,    Westville, NJ 08093-1859
14402167        Emergency Care Service of PA, P.C.,    PO Box 1123,    Minneapolis, MN 55440-1123
14370183       +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr Ste 100,
                 Mount Lurel, NJ 08054-1297
14370184       +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                 Cleveland, OH 44122-5662
14370187       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14370189       +Medical Data Systems Inc,    Attn: Bankruptcy Dept,    2001 9th Ave Ste 312,
                 Vero Beach, FL 32960-6413
14380197       +Montgomery County Tax Claim Bureau,    One Montgomery Plaza,    P.O.Box 190,
                 Norristown, PA 19404-0190
14370192       +Montgomery County Tax Claim Bureau,    C/ONortheast Revenue Service,
                 One Montgomery Plaza, Suite 610,    Norristown, PA 19401-4855
14380397       +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esq.,
                 1500 Market Street, Ste 3400,    Centre Square West,    Philadelphia, PA 19102-2100
14398925       +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14401852       +Municipality of Norristown,    c/o James R. Wood, Esq.,    Portnoff Law Associates, Ltd.,
                 2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14370197       +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14370200       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
14373029       +Wilmington Savings Fund Society, FSB,    c/o Kevin G. McDonald, Esq.,
                 701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14402626       +Wilmington Savings Fund Society, FSB et. al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Rd.,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 28 2020 04:42:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:42:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 28 2020 04:42:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 28 2020 04:42:07
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:47:54     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14379330        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 28 2020 04:42:07
                 Americredit Financial Services, Inc.,    dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14370174       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 28 2020 04:42:07
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14370185       +E-mail/Text: bankruptcy@genisyscu.org May 28 2020 04:43:01     Genisys Credit Union,
                 Attn: Bankruptcy,    Po Box 436034,    Pontiac, MI 48343-6034
14370178        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 28 2020 04:48:47     Chase,
                 Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
14394356        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 28 2020 04:48:47
                 JPMorgan Chase Bank, N.A.,    700 Kansas Ln,    Mail Code LA4-5555,    Monroe, LA 71203
14370188       +E-mail/Text: bncnotices@becket-lee.com May 28 2020 04:42:05     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14403946        E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2020 04:48:22     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14370191       +E-mail/Text: bankruptcydpt@mcmcg.com May 28 2020 04:42:33     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14398199       +E-mail/Text: bankruptcydpt@mcmcg.com May 28 2020 04:42:33     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14370193       +E-mail/Text: Bankruptcies@nragroup.com May 28 2020 04:43:09     National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
14404605        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-2          User: Keith               Page 2 of 2                  Date Rcvd: May 27, 2020
                              Form ID: 152              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14370195         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                   Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14370939         +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:47:52      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14370198         +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:47:53      Synchrony Bank/Gap,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14370199          E-mail/Text: bankruptcy@td.com May 28 2020 04:42:35       TD Bank, N.A.,   32 Chestnut Street,
                   Lewiston, ME 04240
14402626         +E-mail/Text: BKBCNMAIL@carringtonms.com May 28 2020 04:42:01
                   Wilmington Savings Fund Society, FSB et. al,    c/o Carrington Mortgage Services, LLC,
                   1600 South Douglass Rd.,    Anaheim, CA 92806-5948
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                   Norristown, PA 19404-3020
14370181*        +CMRE Financial Services,    Attn: Bankruptcy,   3075 E Imperial Hwy  Ste 200,
                   Brea, CA 92821-6753
14370186*        +Juan Colon, Jr.,    930 W Marshall Street,    Norristown, PA 19401-5518
14370190*        +Medical Data Systems Inc,    Attn: Bankruptcy Dept,   2001 9th Ave Ste 312,
                   Vero Beach, FL 32960-6413
14370194*        +National Recovery Agency,    Attn: Bankruptcy,   Po Box 67015,    Harrisburg, PA 17106-7015
14370196*        +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Mary Ellen  Colon dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Juan  Colon, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust B bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
               elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust B bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Juan Colon, Jr. and Mary Ellen Colon
    Debtor(s)

Case No: 19−14987−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/18/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court