**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  **Juan Colon, Jr.** | ) | Chapter 13 |
| **Mary Ellen Colon** | ) | |
| **Debtors** | ) | No. 19-14987-AMC |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                          **/s/David M. Offen**
                                          David M. Offen
                                          Attorney for Debtor(s)

**Date:7/1/20**