IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    Chapter 13


Juan  Colon, Jr.                :    Case No. 19-14987-AMC
xxx-xx-4245
Mary Ellen  Colon
xxx-xx-5857
      Debtor


## SECOND AMENDED APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.


_____        /s/ David M. Offen
Chapter 13 Trustee                 David M. Offen, Esquire
                                   Attorney for Debtor(s)


Dated: August 14, 2020

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106