IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JUAN COLON, JR. | ) |
| MARY ELLEN COLON | ) |
| **Debtor(s)** | ) CHAPTER 13 |
| | ) |
| SANTANDER CONSUMER USA INC. | ) Case No.: 19-14987 (AMC) |
| **Moving Party** | ) |
| | ) |
| v. | ) **Hearing Date: 2-2-21 at 11:00 AM** |
| | ) |
| JUAN COLON, JR. | ) 11 U.S.C. 362 |
| MARY ELLEN COLON | ) |
| **Respondent(s)** | ) |
| | ) |
| WILLIAM C. MILLER | ) |
| **Trustee** | ) |
| | ) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2012 Nissan Altima** bearing vehicle identification number 1N4AL2AP2CC202222 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: February 2, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE