United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-14987-amc |
|---|---|
| Juan Colon, Jr. | Chapter 13 |
| Mary Ellen Colon | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2024 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Juan Colon, Jr., Mary Ellen Colon, 930 W Marshall Street, Norristown, PA 19401-5518 |
| cr | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, P.O.Box 190, One Montgomery Plaza, Norristown, PA 19401-4853 |
| 14560276 | + | AmeriCredit Financial Services, Inc., c/o William E. Craig, Esq., 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14396033 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14380197 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, P.O.Box 190, Norristown, PA 19404-0190 |
| 14370192 | + | Montgomery County Tax Claim Bureau, C/ONortheast Revenue Service, One Montgomery Plaza, Suite 610, Norristown, PA 19401-4855 |
| 14380397 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esq., 1500 Market Street, Ste 3400, Centre Square West, Philadelphia, PA 19102-2100 |
| 14401852 | + | Municipality of Norristown, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14398925 | + | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14575607 | + | Santander Consumer USA Inc., c/o William E. Craig, Esq., 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14370939 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14373029 | + | Wilmington Savings Fund Society, FSB, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 30 2024 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 30 2024 23:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14379330 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 30 2024 23:54:00 | Americredit Financial Services, Inc., dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14370175 | | Email/Text: collectors@arresourcesinc.com | Apr 30 2024 23:54:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14370174 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 30 2024 23:54:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14559916 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 30 2024 23:54:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |

Case 19-14987-amc   Doc 98   Filed 05/02/24   Entered 05/03/24 00:35:47   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14370177 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 30 2024 23:54:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 14402626 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 30 2024 23:54:00 | Wilmington Savings Fund Society, FSB et. al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd., Anaheim, CA 92806 |
| 14370182 | | Email/Text: EBN_Brea@meduitrcm.com | Apr 30 2024 23:54:00 | CMRE Financial Services, 3075 E Imperial Hwy Ste, Brea, CA 92821 |
| 14370180 | | Email/Text: EBN_Brea@meduitrcm.com | Apr 30 2024 23:54:00 | CMRE Financial Services, Attn: Bankruptcy, 3075 E Imperial Hwy Ste 200, Brea, CA 92811 |
| 14370176 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 30 2024 23:54:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14396033 | ^ | MEBN | Apr 30 2024 23:49:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14402167 | | Email/Text: BNCnotices@dcmservices.com | Apr 30 2024 23:54:00 | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 14370184 | | Email/Text: rj@ffcc.com | Apr 30 2024 23:54:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14370183 | ^ | MEBN | Apr 30 2024 23:49:21 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14370185 | + | Email/Text: bankruptcy@genisyscu.org | Apr 30 2024 23:54:00 | Genisys Credit Union, Attn: Bankruptcy, Po Box 436034, Pontiac, MI 48343-6034 |
| 14370178 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2024 00:01:51 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14394356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2024 23:51:39 | JPMorgan Chase Bank, N.A., 700 Kansas Ln, Mail Code LA4-5555, Monroe, LA 71203 |
| 14370187 | ^ | MEBN | Apr 30 2024 23:49:23 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14370188 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 30 2024 23:54:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14403946 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2024 00:01:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14370189 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 30 2024 23:54:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14370191 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2024 23:54:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14398199 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2024 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14370193 | + | Email/Text: Bankruptcies@nragroup.com | Apr 30 2024 23:54:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14404605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2024 23:51:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14370195 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2024 00:01:58 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14370197 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 30 2024 23:54:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14575199 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 30 2024 23:54:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14370198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2024 00:01:53 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| 14370199 | Email/Text: bankruptcy@td.com | Apr 30 2024 23:54:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 14370200 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 01 2024 00:01:51 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14370181 | *P++ | CMRE FINANCIAL SERVICES INC, 3075 E IMPERIAL HWY STE 200, BREA CA 92821-6753, address filed with court:, CMRE Financial Services, Attn: Bankruptcy, 3075 E Imperial Hwy Ste 200, Brea, CA 92811 |
| 14370186 | *+ | Juan Colon, Jr., 930 W Marshall Street, Norristown, PA 19401-5518 |
| 14370190 | *+ | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14370194 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14370196 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14370179 | ##+ | Christina Every, 1118 Chestnut Lane, Westville, NJ 08093-1859 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2024　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2024 at the address(es) listed below:

**Name**　　**Email Address**

DAVID M. OFFEN
　　on behalf of Joint Debtor Mary Ellen Colon dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
　　on behalf of Debtor Juan Colon Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust B bkgroup@kmllawgroup.com

JACK K. MILLER
　　on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JAMES RANDOLPH WOOD
　　on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
　　on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust B Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 30, 2024 | Form ID: pdf900 | Total Noticed: 44 |

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust B bkgroup@kmllawgroup.com

MICHAEL D. VAGNONI
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JUAN COLON JR<br>    MARY ELLEN COLON<br><br>                  Debtors | Chapter 13<br><br>Bankruptcy No. 19-14987-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date:  April 30, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge