**Fill in this information to identify the case:**

Debtor 1     Juan Colon, Jr.

Debtor 2     Mary Ellen Colon

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number :    19-14987

## Official Form 410S1

## Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST B | **Court claim no.** (if known): | **12** |
| **Last 4 digits** of any number you use to identify the debtor's account: | 2620 | **Date of payment change:** Must be at least 21 days after date of this notice | **11/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$1,462.20** |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $479.18**             **New escrow payment: $699.97**

### Part : 2  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                      **New interest rate:**
   **Current Principal and interest payment:**     **New principal and interest payment:**

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   **Current mortgage payment:**                   **New mortgage payment:**

Debtor 1  Juan Colon, Jr.
          First Name   Middle Name   Last Name

Case number (if known)  19-14987

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Joshua I. Goldman
Signature

Date  09/25/2020

Print:         Joshua I. Goldman              Title  Authorized Agent for Creditor
Company        Padgett Law Group
Address        6267 Old Water Oak Road, Suite 203
               Tallahassee FL, 32312
Contact phone  (850) 422-2520         Email  PLGinquiries@padgettlawgroup.com

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 25th day of September, 2020.

/S/ Joshua I. Goldman

---

JOSHUA I. GOLDMAN
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# **SERVICE LIST (CASE NO. 19-14987)**

Debtor
Juan Colon, Jr.
930 W Marshall Street
Norristown, PA 19401

Co-Debtor
Mary Ellen Colon
930 W Marshall Street
Norristown, PA 19401

Attorney
DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106


JACK K. MILLER
Jack K Miller Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106

Trustee
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

JUAN COLON
MARY ELLEN COLON
930 W MARSHALL ST
NORRISTOWN           PA 19401

DATE: 08/21/20

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING SEPTEMBER,2019 AND ENDING AUGUST, 2020.  IF YOUR LOAN WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

### --- YOUR PAYMENT BREAKDOWN AS OF SEPTEMBER,2019 IS ---

```
              PRIN & INTEREST                762.23
              ESCROW PAYMENT                 479.18
              TOTAL                        1,241.41
```

| MONTH | -- PAYMENTS TO ESCROW -- | | -- PAYMENTS FROM ESCROW -- | | | | -- ESCROW BALANCE -- | |
|---|---|---|---|---|---|---|---|---|
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | STARTING BALANCE   = = = > | | | 958.37 | 10722.76- |
| SEP | 479.18 * | 429.50 | 90.97 * | HOMEOWNERS | 25.00 | GROUND | 1346.58 | 12281.18- |
| | | 0 | | | 1871.95 | GROUND | | |
| | | 0 | | | 90.97 | HOMEOWNERS | | |
| OCT | 479.18 * | 429.50 | 90.97 | HOMEOWNERS | 90.97 | HOMEOWNERS | 1734.79 | 11942.65- |
| NOV | 479.18 * | 429.50 | 90.97 | HOMEOWNERS | 90.97 | HOMEOWNERS | 2123.00 | 11604.12- |
| DEC | 479.18 * | 429.50 | 90.97 | HOMEOWNERS | 90.97 | HOMEOWNERS | 2511.21 | 11265.59- |
| JAN | 479.18 * | | 90.97 | HOMEOWNERS | 90.97 | HOMEOWNERS | 2899.42 | 11356.56- |
| FEB | 479.18 * | 859.00 | 90.97 | HOMEOWNERS | 90.97 | HOMEOWNERS | 3287.63 | 10588.53- |
| MAR | 479.18 * | | 90.97 * | HOMEOWNERS | 1813.47 | CITY TAX | 1886.97 | 12492.97- |
| | | 0 | 1788.87 | CITY TAX | 90.97 | HOMEOWNERS | | |
| APR | 479.18 * | | 90.97 | HOMEOWNERS | 90.97 | HOMEOWNERS | 2275.18 | 12583.94- |
| MAY | 479.18 * | 859.00 | 90.97 | HOMEOWNERS | 90.97 | HOMEOWNERS | 2663.39 | 11815.91- |
| JUN | 479.18 * | | 90.97 * | HOMEOWNERS | 115.15 | HOMEOWNERS | 3051.60 | 11931.06- |
| JUL | 479.18 * | 1288.50 | 90.97 * | HOMEOWNERS | 115.15 | HOMEOWNERS | 3439.81 | 10757.71- |
| AUG | 479.18 | E | 90.97 * | HOMEOWNERS | 2970.71 | SCHOOL TAX | 958.36 TLP | 13843.57- ALP |
| | | 0 | 2869.66 | SCHOOL TAX | 115.15 | HOMEOWNERS | | |
| TOT | 5750.16 | 4724.50 | 5750.17 | | 7845.31 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE (TLP) WAS $958.36.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $13,843.57-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

02/18        $429.50        03/18        $429.50        04/18        $7,301.50     *

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING NOVEMBER,2020 AND ENDING OCTOBER,2021.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - NOVEMBER,2020 THROUGH OCTOBER,2021** -------------

```
              HOMEOWNERS INSU              1,381.80
              SCHOOL TAX                   2,970.71
              CITY TAX                     1,813.47

              TOTAL                        6,165.98
              PERIODIC PAYMENT TO ESCROW     513.83    (1/12 OF "TOTAL FROM ESCROW")
```

**** CONTINUED ON NEXT PAGE ****

**\*\*\*\*CONTINUATION\*\*\*\***

------------------ PROJECTED ESCROW ACTIVITY - NOVEMBER,2020 THROUGH OCTOBER,2021 ----------------------

```
         ---- PROJECTED PAYMENTS --                    -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW     FROM ESCROW    DESCRIPTION       PROJECTED          REQUIRED
                       ACTUAL STARTING BALANCE  = = = >   408.72-          1,825.04
NOV,20    513.83          115.15      HOMEOWNERS INSU      10.04-          2,223.72
DEC,20    513.83          115.15      HOMEOWNERS INSU     388.64           2,622.40
JAN,21    513.83          115.15      HOMEOWNERS INSU     787.32           3,021.08
FEB,21    513.83          115.15      HOMEOWNERS INSU   1,186.00           3,419.76
MAR,21    513.83          115.15      HOMEOWNERS INSU     228.79-          2,004.97
                        1,813.47      CITY TAX
APR,21    513.83          115.15      HOMEOWNERS INSU     169.89           2,403.65
MAY,21    513.83          115.15      HOMEOWNERS INSU     568.57           2,802.33
JUN,21    513.83          115.15      HOMEOWNERS INSU     967.25           3,201.01
JUL,21    513.83          115.15      HOMEOWNERS INSU   1,365.93           3,599.69
AUG,21    513.83          115.15      HOMEOWNERS INSU   1,206.10- ALP      1,027.66 RLP
                        2,970.71      SCHOOL TAX
SEP,21    513.83          115.15      HOMEOWNERS INSU     807.42-          1,426.34
OCT,21    513.83          115.15      HOMEOWNERS INSU     408.74-          1,825.02
```

-------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ---------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....                         THE ESCROW SHORTAGE IS....         2,233.76- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM November 1, 2020.

IF YOU CHOOSE TO PAY THE ESCROW SHORTAGE IN FULL IN A LUMP SUM PRIOR TO THE EFFECTIVE PAYMENT DATE, YOUR MONTHLY
PAYMENT WILL BE REDUCED BY THE MONTHLY SHORTAGE PAYMENT AMOUNT.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $3,091.13.


---------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -------------------------------------

```
                       PRIN & INTEREST              762.23 *
                       ESCROW PAYMENT               513.83
                       SHORTAGE PYMT                186.14
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   11/01/20    ==>           1,462.20
```

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $958.36.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $1,027.66.

YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
```
12/18     $429.50           01/19      $429.50           02/19      $9,715.02*
```

**Escrow disbursements up to escrow analysis effective date:**
```
09/20     $115.15     HOMEOWNERS INSURANC
10/20     $115.15     HOMEOWNERS INSURANC
```

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy
proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending
bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely
provides informational notice regarding the status of the loan.  If you are represented by
an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments,
or other defaults on your account may be reflected in your credit report.  As required by law,
you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit reporting agency if you fail to fulfill the terms of your credit
obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and
any information obtained will be used for that purpose. This notice is required by the
provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting
to collect money from anyone who has discharged the debt under the bankruptcy laws of the
United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership
counselors or counseling organizations in your area by calling the HUD nationwide toll-free
telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or
by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit
applicants on the basis of race, color, religion, national origin, sex, marital status, or age
(provided the applicant has the capacity to enter into a binding contract); because all or part
of the applicant's income derives from any public assistance program; or because the applicant
has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal
Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the
Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.