# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juan Colon Jr.<br>Mary Ellen Colon<br>**Debtor(s)** | BK NO. 19-14987 AMC<br><br>Chapter 13 |
| **Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust B**<br>**Movant**<br>vs.<br>Juan Colon Jr.<br>Mary Ellen Colon<br>**Debtor(s)**<br><br>William C. Miller Esq.,<br>**Trustee** | Related to Claim No. 12-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 20, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Juan Colon Jr.
930 West Marshall Street
Norristown, PA 19401

Mary Ellen Colon
930 West Marshall Street
Norristown, PA 19401

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: September 20, 2021

/s/Rebecca A. Solarz Esquire
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com